**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 28, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

DEBORAH SANT ROBINSON,

Plaintiff - Appellant,

v.

THE STATE OF NEW MEXICO;
SOCIAL SECURITY
ADMINISTRATION; US
DEPARTMENT OF ENERGY;
GERALDINE SANCHEZ, Clerk of
Santa Fe County; ALAN WEBER,
The Mayor of Santa Fe; ST.
VINCENT CHRISTUS REGIONAL
HOSPITAL; LIFE LINK HOUSING
AND SERVICES; LOS ALAMOS
ASSOCIATION OF REALTORS,
Board and Members; LOS ALAMOS
MEDICAL CENTER; UNIVERSITY
OF NEW MEXICO, UNM-LA; TIM
KELLER, The Mayor of
Albuquerque; LINDA STOVER,
Clerk of Bernalillo County;
JAIVAIR LNU, Mayor of Espanola;
MOISES MOLIAS; LOS ALAMOS
NATIONAL SECURITY LLC; NEW
MEXICO HEARINGS BUREAU,

Defendants - Appellees.

No. 18-2179
(D.C. No. 1:18-CV-00665-WJ-LF)
(D. N.M.)

_____

**ORDER AND JUDGMENT**[*]
_____

---

[*]     Oral argument would not materially help us to decide this appeal. We have thus decided the appeal based on the plaintiff's appellate brief and the record on appeal. _See_ Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).

Before **HOLMES**, **BACHARACH**, and **McHUGH**, Circuit Judges.

———————————————

Ms. Deborah Sant Robinson appeals the dismissal of this case. We dismiss the appeal as frivolous.

The federal statutes governing removal allow a *defendant* in a *state court action* to remove a state court case to federal court in limited circumstances. *See* 28 U.S.C. §§ 1441, 1446. Ms. Robinson removed five cases to federal court. As the district court correctly explained, none of the cases were removable. In two of the cases, Ms. Robinson was the plaintiff; and plaintiffs are not entitled to remove cases to federal court. *See Hamilton v. Aetna Life & Cas. Co.*, 5 F.3d 642, 643 (2d Cir. 1993) (per curiam) ("No section [of the United States Code] provides for removal by a plaintiff."); *see also* 14C Charles Alan Wright, et al., *Federal Practice and Procedure* § 3730 (Rev. 4th. ed. 2018) (stating that "plaintiffs cannot remove" cases to federal court). A third case was already in federal court. And the other two cases were pending in administrative bodies rather than a state court. *See Or. Bureau of Labor & Indus. ex rel. Richardson v. U.S. W. Commc'ns, Inc.*, 288 F.3d 414, 419 (9th Cir. 2002) ("We therefore hold

This order and judgment does not constitute binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. But the order and judgment may be cited for its persuasive value if otherwise appropriate. Fed. R. App. P. 32.1(a); 10th Cir. R. 32.1(A).

that 28 U.S.C. § 1441(a) does not authorize removal of proceedings from an administrative agency. . . .").

Despite the explanation, Ms. Robinson appealed. She disregarded the district court's explanation and failed to provide a meaningful argument for reversal. In the absence of a meaningful argument, we dismiss the appeal as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (stating the standard for legal frivolousness).

Given the absence of a nonfrivolous argument for reversal, we also deny leave to proceed in forma pauperis. *See DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991) (requiring inability to pay and a reasoned, nonfrivolous argument in support of the issues on appeal). We thus order Ms. Robinson to pay the filing fees of $505.00.[1]

Entered for the Court

Robert E. Bacharach
Circuit Judge

---

[1] Ms. Robinson is to pay these fees to the Clerk of the U.S. District Court for the District of New Mexico.